**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Valentine HERNANDEZ–
HERNANDEZ, Defendant–Appellant.**

No. 03–40902.
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 18, 2004.

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM.*

Valentine Hernandez–Hernandez (Hernandez) appeals his sentence following his guilty-plea conviction for illegal reentry into the United States following deportation, in violation of 8 U.S.C. § 1326. Hernandez challenges a condition of supervised release set forth in the written

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

judgment that prohibits him from possessing "any other dangerous weapon." Hernandez argues that this provision must be deleted from the written judgment because the district court did not mention the condition when it orally pronounced sentence. We find no error in the written judgment. *See United States v. Torres–Aguilar,* 352 F.3d 934, 937–38 (5th Cir.2003).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.